IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JENNIFER OBERHELMAN,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

Case No.: 6:25-cv-1188

Removed from the Twenty-Seventh District
Court of Reno County, Kansas State Court
Case No. RN-2025-CV-000241

## NOTICE OF REMOVAL

Defendant Amazon.com Services LLC ("Amazon") hereby gives notice of removal of the above-entitled civil action from the Twenty-Seventh Judicial District, District of Reno County, Kansas, to the United States District Court for the District of Kansas, Wichita Division under 28 U.S.C. §§ 1332(a), 1441, and 1446(a). Diversity jurisdiction exists because there is complete diversity and the amount in controversy exceeds $75,000.

### INTRODUCTION

1. Plaintiff filed her Petition on July 23, 2025, in the Twenty-Seventh Judicial District, District of Reno County, Kansas, Case No. RN-2025-CV-000241. Plaintiff served Amazon with her Petition on July 28, 2025. Amazon is the only named defendant, and upon information and belief, Amazon is the only defendant who has been served. A true and correct copy of the Petition is attached hereto as Ex. A.

2. This lawsuit involves personal injuries allegedly caused by a drain cleaner machine purchased by Plaintiff. (Petition, Ex. A.)

### THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

3. This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C. § 1332(a) had Plaintiff filed this action initially in federal court. Plaintiff is not a citizen of the same state as the defendant, and the amount in controversy

exceeds $75,000, exclusive of interest and costs. 28 U.S.C.§ 1332(a).

**Complete Diversity Exists**

4.      Plaintiff is a citizen of Kansas, residing in Reno County. (Petition, Ex. A., at ¶ 1.)

5.      Defendant Amazon.com Services LLC is a Delaware limited liability company. For the purposes of diversity jurisdiction, limited liability companies are citizens of all states where each of their members is a citizen. *Clemmons v. Wells Fargo Bank, N.A.*, 680 F. App'x 754, 757 (10th Cir. 2017) *citing Lompe v. Sunridge Partners, LLC*, 818 F.3d 1041, 1046–47 (10th Cir. 2016). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is incorporated under the laws of Delaware and its principal place of business is in Washington. Amazon is therefore a citizen of Delaware and Washington.

6.      Because Plaintiff is a citizen of Kansas and Amazon is a citizen of Delaware and Washington, complete diversity of citizenship exists, and removal is proper.

**The Amount in Controversy Exceeds $75,000**

7.      In her Petition, Plaintiff seeks judgment against Amazon for "actual monetary damages in excess of $75,000.00 and in a fair and reasonable amount to fully compensate Plaintiff for her injuries" (Petition, Ex. A., at ¶¶  25, 32, 38) including damages for "[p]ain, suffering, disability, disfigurement, and mental anguish; [p]sychological injury; [p]ast and future loss of enjoyment and pleasure of living; [p]ast and future expenses of necessary medical care, hospitalization, and treatment, [p]ast and future loss of time, income, wages, and earning capacity; and [l]oss or impairment of Plaintiff's ability to perform services in the household and in the discharge of her domestic duties." (*Id.*, at ¶¶ 31, 37.) Therefore, since Plaintiff is seeking over $75,000 in damages, Amazon has satisfied its burden to establish that Plaintiff's claims involve an amount in controversy in excess of $75,000, exclusive of interest and costs.

8.      By the statements contained in this Notice of Removal, Amazon does not concede that Plaintiff is entitled to any damages.

**ALL REMAINING REQUIREMENTS FOR REMOVAL HAVE BEEN MET**

9.      To the best of Amazon's knowledge, no other defendant has been named or served as of the date of this filing. The court docket does not reflect any service on any other defendant. Only defendants who have been "properly joined and served" must consent to removal. 28 U.S.C. § 1446(b)(2)(A). Because no other defendant has been named or served, consent is not required.

10.     Amazon was served on July 28, 2025, and is provided 30 days in which to remove Plaintiff's Petition to federal court. See 28 U.S.C. § 1446(b). Amazon filed this Notice of Removal within the 30-day window; therefore, its filing is timely.

11.     The District of Kansas, Wichita Division, is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a) and Kansas Federal Court Rule 81.1(b)(3).

12.     A copy of this Notice of Removal is being served on Plaintiff and filed with the Twenty-Seventh Judicial District, District of Reno County, Kansas, where this case was originally filed.

13.     As provided by Rule 81.1(c) of the Rules of Practice and Procedure of the United States District Court for the District of Kansas and 28 U.S.C. § 1446(d), written notice of these proceedings is hereby given to all adverse parties as set forth in the certificate of service below, and written notice is hereby given to the Clerk of the Court for the Twenty-Seventh Judicial District, Reno County, Kansas by filing a copy of this Notice of Removal with the Clerk of the State Court.

14.     All process, pleadings, and orders served upon Amazon in this action are attached as Ex. A.  A true and correct copy of the Reno County District Court docket for this action is attached as Ex. B.

15.     Amazon expressly reserves all of its defenses. By removing the action to this Court, Amazon does not waive any rights or defenses available under federal or state law. Amazon expressly reserves the right to move for dismissal of the Petition pursuant to Rule 12 of the Federal Rules of Civil Procedure. Nothing in this Notice of Removal should be taken as an admission that

Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

WHEREFORE, Amazon hereby removes the above-entitled case to this Court.

Respectfully submitted,

MARTIN, PRINGLE, OLIVER,
 WALLACE & BAUER, L.L.P.

 s/ William R. Griffin
William R. Griffin, #21628
645 E. Douglas, Suite 100
Wichita, KS 67202
Telephone: (316) 265-9311
Facsimile: (316) 265-2955
wrgriffin@martinpringle.com

IN ASSOCIATION WITH,
(pro hac vice app. forthcoming)

Oliver M. Gold, Bar No. 279033
OGold@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile:  +1.310.788.3399

Jennifer Huckleberry, Bar No. 342725
JHuckleberry@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Attorneys for Defendant Amazon.com Services LLC

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on August _____, 2025, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, and that a true and correct copy was sent via electronic mail to the following:

Mason D. Lent
Michael J. Wyatt
MANN WYATT TANKSLEY
201 E. 1st Avenue
P.O. Box 1202
Hutchinson, KS 67504-1202
(620) 662-2400
(620) 662-2443 (Fax)
mason@mannwyatt.com
mike@mannwyatt.com
*Attorneys for Plaintiff, Jennifer Oberhelman*

      *s/ William R. Griffin*